# Court of Appeals
# of the State of Georgia

ATLANTA, September 08, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0312. AQONTISE GLENN v. THE STATE.**

Upon being convicted of malice murder, felony murder, aggravated assault, and other crimes, Aqontise Glenn was sentenced to life imprisonment plus ten years. Glenn filed a motion for new trial, which the trial court denied. Glenn then filed the instant appeal. We lack jurisdiction.

The Supreme Court of Georgia has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crimes of malice murder and felony murder, jurisdiction over this appeal lies in the Supreme Court. See OCGA § 16-5-1 (a), (c), (e) (1); see also *Hart v. State*, ___ Ga. ___, ___ (1) (917 SE2d 631) (2025) (even in murder cases in which the death penalty was not sought, the Supreme Court has opted to exercise its jurisdiction to review all such cases). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/08/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*